**Form 1**

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 1:19-15267-NWW  
**Case Name:** GREENFORM CONSTRUCTION INC.  
**For Period Ending:** 12/31/2020

**Trustee Name:** (620230) Douglas R. Johnson  
**Date Filed (f) or Converted (c):** 12/16/2019 (f)  
**§ 341(a) Meeting Date:** 05/15/2020  
**Claims Bar Date:** 11/25/2020

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 6 desks and chairs. Valuation Method: | Unknown | 10.00 | | 0.00 | FA |
| 2 | 2 computers. Valuation Method: | 100.00 | 100.00 | | 0.00 | FA |
| 3 | old pictures of building. Valuation Method: | 20.00 | 20.00 | | 0.00 | FA |
| 4* | 2008 Ford van (200,000 miles). Valuation Method: (See Footnote) | 750.00 | 750.00 | | 3,307.50 | FA |
| 5* | 2016 GMC Sierra. Valuation Method: (See Footnote) | 20,000.00 | 0.00 | | 0.00 | FA |
| 6 | equipter. Valuation Method: | 5,000.00 | 0.00 | | 0.00 | FA |
| 7 | misc tools. Valuation Method: | 500.00 | 500.00 | | 0.00 | FA |
| 8 | www.mygreenform.com (non-working). Valuation Method: | Unknown | 10.00 | | 0.00 | FA |
| 9 | Green Form trademark. Valuation Method: | Unknown | 10.00 | | 0.00 | FA |
| 10 | names, addresses, phone numbers. Valuation Method: | Unknown | 10.00 | | 0.00 | FA |
| **10** | **Assets Totals (Excluding unknown values)** | **$26,370.00** | **$1,410.00** | | **$3,307.50** | **$0.00** |

RE PROP# 4    lexis search reveals no liens; petition shows no liens

RE PROP# 5    8.11.20 wells has a good lien on this. $38,291.59 owed, kelly blue book $21,653.00

**Major Activities Affecting Case Closing:**

12.23.2020 notice of intent to abandon all assets not heretofore liquidated then TFR after tax returns generated by accountant trustee is about to hire.

**Initial Projected Date Of Final Report (TFR):** 03/31/2021        **Current Projected Date Of Final Report (TFR):** 04/30/2021

01/20/2021                                                                                       /s/Douglas R. Johnson  
Date                                                                                                  Douglas R. Johnson